UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #

Ngozi Okaro

_____

_____

_____

12 CIV 1246

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City University of New York John Jay College , Vivien Hoexter

_____

Donald Gray, James Sheridan

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☒ Yes   ☐ No

*(check one)*

12 FEB 17  PM 1:18
S.D. OF N.Y.

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

**X**        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
            to 2000e-17 (race, color, gender, religion, national origin).
            ***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a
            Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

            Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
            621 - 634.
            ***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in
            Employment Act, you must first file a charge with the Equal Employment Opportunity
            Commission.*

            Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
            12117.
            ***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act,
            you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
            Commission.*

**X**        New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age,
            race, creed, color, national origin, sexual orientation, military status, sex,
            disability, predisposing genetic chacteristics, marital status).

**X**        New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
            131 (actual or perceived age, race, creed, color, national origin, gender,
            disability, marital status, partnership status, sexual orientation, alienage,
            citizenship status).

*Rev. 05/2010*                                    1

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Ngozi Okaro_____

Street Address _102 Bradhurst Ave., Apt 908_____

County, City _New York, New York_____

State & Zip Code _New York 10039_____

Telephone Number _(718) 877-1716_____

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant    Name _City University of New York John Jay College,Vivien Hoexter,Donald Gray,James Sheridan_

Street Address _899 Tenth Avenue_____

County, City _New  York, New York_____

State & Zip Code _New York 10021_____

Telephone Number _212-237-8600_____

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer _City University of New York John Jay College_____

Street Address _899 Tenth Avenue_____

County, City _New York, New York_____

State & Zip Code _New York 10021_____

Telephone Number _212-237-8600_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____        Failure to hire me.

___X___        Termination of my employment.

___X___        Failure to promote me.

_____        Failure to accommodate my disability.

___X___        Unequal terms and conditions of my employment.

    ☒    Retaliation.

    _____    Other acts *(specify)*: _____.

> *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.    It is my best recollection that the alleged discriminatory acts occurred on: _____.
                                                                 *Date(s)*

C.    I believe that defendant(s) *(check one)*:

        ☒    is still committing these acts against me.

        _____    is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

        ☒   race   African American          ☒   color   Black

        ☒   gender/sex   Female          ☐   religion_____

        ☒   national origin   Nigerian

        ☐   age.   My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

        ☐   disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

On or about 1/11/2010 I was hired by defendants as the Director of Major Gifts. My employment was terminated on 2/25/2011 in retaliation of my complaints about discrimination and was based on race, gender, color and national discrimination. I was treated less favorably than my male and white coworkers in terms of discipline, employment opportunities, training and termination. I was fired after I complained about discrimination.

Also, please see attached U.S. EEOC Intake Questionnaire which is incorporated herein by reference.

_____

_____

> *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

## III.   Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: May 23, 2011 _____ *(Date)*.

*Rev. 05/2010*

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.

___✗___   issued a Notice of Right to Sue letter, which I received on November 23, 2011 *(Date).*

> *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

___✗___   60 days or more have elapsed.

_____   less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE,** plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: Back pay, wages and benefits, future wages and benefits, monetary damages for

mental and emotional pain and suffering and all other available remedies under state and federal law.

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 17 day of February, 20 12.

Signature of Plaintiff _____

Address   102 Bradhurst Ave., Apt 908 _____

New York, NY 10039 _____

_____

Telephone Number   (718) 877-1716 _____

Fax Number *(if you have one)* _____

EXHIBIT A

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Ngozi Okaro**
   **102 Bradhurst Avenue, Apt 908**
   **New York, NY 10039**

From: **New York District Office**
     **33 Whitehall Street**
     **5th Floor**
     **New York, NY 10004**

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2011-02405** | **Michael Huber,** **Investigator** | **(212) 336-3766** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin Berry_    jw      NOV 1 8 2011

Enclosures(s)

**Kevin J. Berry,**
**District Director**

(Date Mailed)

cc: **Respondent:**
   **CUNY John Jay College - OFFICE OF THE GENERAL COUNSEL**
   **535 East 80 Street**
   **New York, NY 10021**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

1 0 0 3 8 3 3 9 2 3   0 0 0 3

Ms. Ngozi Okaro
102 Bradhurst Avenue, # 908
New York, NY 10039

FIRST CLASS



UNITED STATES POSTAGE
$ 00.440
MAILED FROM ZIP CODE
NOV 2 '201